931 A.2d 594

IN THE MATTER OF HENRY A. WALSH, JR., AN ATTORNEY AT LAW (ATTORNEY NO. 001781993).

September 24, 2007.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–085, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f)(default by respondent), that **HENRY A. WALSH, JR.,** of **LAKEWOOD,** who was admitted to the bar of this State in 1993, should be censured for violating *RPC* 8.1(b)(failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **HENRY A. WALSH, JR.,** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.